### Dennis Estrada v. The State.

No. 9417. Delivered October 28, 1925.

**Manslaughter—Death of Appellant—Appeal Abated.**

It being made to appear to the court by affidavits in proper form that since this appeal was perfected the appellant has died, the appeal will therefore be abated.

Appeal from the District Court of Falls county. Tried below before the Hon. Prentice Orltorf, Judge.

Appeal from a conviction of manslaughter; penalty, two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

LATTIMORE, Judge.—Appellant was convicted in the district court of Falls county of manslaughter, and his punishment fixed at two years in the penitentiary.

By affidavits in proper form it is made to appear that since this appeal was perfected the appellant has died. The appeal will be abated.

*Abated.*